UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BENNIE WHITE, III                                   CIVIL ACTION

VERSUS                                              NO. 17-11587

MARLIN GUSMAN                                       SECTION: "N"(3)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 27th day of February, 2018.

UNITED STATES DISTRICT JUDGE